# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 SEP 30 AM 11:49

DEPUTY CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO.: 2:15-CR-74(1) |
| | § | |
| DOROTHY STEGALL BARNES | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On September 29, 2015, defendant, DOROTHY STEGALL BARNES, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to Fed. R. Crim.P. 11, and entered a plea of guilty as to the Indictment. After cautioning and examining DOROTHY STEGALL BARNES under oath concerning each of the subjects set out in Rule 11, I determined the guilty plea was knowingly and voluntarily entered and that the offense(s) charged are supported by an independent basis in fact containing each of the essential elements of such offense.

I, THEREFORE, RECOMMEND that the guilty plea be accepted and that DOROTHY STEGALL BARNES, be adjudged guilty and have sentence imposed accordingly.

ENTERED this 30th day of September, 2015.

_____
CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).